# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 70114 |

**FILED**

SEP 01 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion for rehearing/reconsideration. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Because no statute or court rule permits an appeal from an order denying rehearing/reconsideration, we lack jurisdiction over this appeal. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990); *Phelps v. State*, 111 Nev. 1021, 900 P.2d 344 (1995). Accordingly, we

ORDER this appeal DISMISSED.

_____ Cherry _____, J.
Cherry

_____ Douglas _____, J.          _____ Gibbons _____, J.
Douglas                              Gibbons

cc:   Hon. Jennifer P. Togliatti, District Judge
      Higinio Causse Barrera
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

16-27256